IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

OMAHA INDUSTRIES, INC.,

Plaintiff,

vs.

MCLOVIN'S PET, INC.,

Defendant.

8:25CV617

**ORDER DISMISSING
COUNTERCLAIM**

This matter comes before the Court on the defendant's Notice of Dismissal of counterclaim (Filing No. 29). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant's counterclaim be dismissed without prejudice. All other claims remain.

Dated this 8th day of July, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge